UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT ROSENBALM, | 1:11-CV-00306-NJV |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| THOMAS ALLMAN, et al., | |
| Defendants. | |

Plaintiff is proceeding *pro se* in this civil action. On May 3, 2011, the Court entered an order in which it granted Plaintiff sixty days within which to serve Defendants and file proof of service with the Court. Plaintiff was expressly cautioned that his failure to do so might result in dismissal of this case for lack of prosecution. The allotted sixty days have now passed and Plaintiff has not complied with the Court's order.

Accordingly, Plaintiff is HEREBY GRANTED ten (10) days from the date of service of this order within which to show cause why this case should not be dismissed for lack of prosecution. *See Ferdik v. Bonzelet*, 963 F.2d 1258 (9th Cir. 1992) (setting forth factors to be considered in dismissing an action for failure to prosecute).

IT IS SO ORDERED.

Dated: July 21, 2011

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT ROSENBALM, | No. CV 11-00306 NJV |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| THOMAS ALLMAN, et al., | |
| Defendants.                                / | |

I, the undersigned, hereby certify that on July 21, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Vincent Rosenbalm
P.O. Box 147
Seaside, OR 97138

*Linn Van Meter*

Dated: July 21, 2011                                   _____

Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas

2