**United States District Court**
For the Northern District of California

1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7                          EUREKA DIVISION

8

9    VINCENT ROSENBALM,                      1:11-CV-00306-NJV

10              Plaintiff,                    ORDER DISMISSING CASE WITHOUT
                                             PREJUDICE
11        v.

12   THOMAS ALLMAN, et al.,

13              Defendants.
                                        /
14

15

16        Plaintiff is proceeding *pro se* in this civil action.  On May 3, 2011, the Court entered an order

17   in which it granted Plaintiff sixty days within which to serve Defendants and file proof of service

18   with the Court.  Plaintiff was expressly cautioned that his failure to do so might  result in dismissal

19   of this case for lack of prosecution.  The allotted sixty days passed and Plaintiff did not comply with

20   the Court's order.

21        On July 21, 2011, the Court entered an order granting Plaintiff ten days within which to show

22   cause why this case should not be dismissed for lack of prosecution.  Plaintiff did not file a response

23   to the Court's order to show cause.

24        It is within the inherent power of the court to sua sponte dismiss a case for lack of

25   prosecution.  *Link v. Wabash R.R.*, 370 U.S. 626, 630, 82 S.Ct. 1386, 1388 (1962).  The factors to be

26   weighed by the Court when considering whether to dismiss a case for lack of prosecution include the

27   court's need to manage its docket, the public interest in expeditious resolution of litigation, and the

28   risk of prejudice to the defendants against the policy favoring disposition of cases on their merits,

**United States District Court**
For the Northern District of California

1   and the availability of less drastic sanctions. *Ace Novelty Co. v. Gooding Amusement Co.,* 664 F.2d

2   761, 763 (9th Cir.1981)*; Anderson v. Air West, Inc.,* 542 F.2d 522, 525 (9th Cir.1976).

3        In this case, Plaintiff filed his complaint on January 19, 2011. On May 3, 2011, the Court

4   entered an order granting Plaintiff an additional sixty days to serve the complaint.  When Plaintiff

5   did not serve the complaint, the Court granted Plaintiff ten days to show cause why this case should

6   not be dismissed for lack of prosecution.  Plaintiff did not file a response to the Court's order.

7   Instead Plaintiff filed a rambling, incoherent motion to continue, the intent of which was unclear to

8   the Court and which was denied on July 21, 2011.

9        The Court finds that Plaintiff is either unwilling or unable to comply with normal procedures

10   in prosecuting this action, and the Court cannot manage Plaintiff's case for him.  The public has an

11   interest in limiting the expenditure of Court resources in such cases, and the Court cannot allow

12   them to clog its crowded docket.  There is no prejudice to the putative defendants by the dismissal of

13   this action, as they have never been made a party to the action.  Finally, in light of Plaintiff's total

14   failure to litigate this action, no lesser sanction exists.

15        Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice

16   for failure to prosecute.  The Clerk is directed to terminate this case.

17

18   IT IS SO ORDERED.

19

20   Dated: August 31, 2011

21                                    NANDOR J. VADAS
                                      United States Magistrate Judge

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

7   VINCENT ROSENBALM,                            No. CV 11-00306 NJV

8                 Plaintiff,                  **CERTIFICATE OF SERVICE**

9   v.

10   THOMAS ALLMAN, et al.,

11                 Defendants.
                                             /

12
13       I, the undersigned, hereby certify that on August 31, 2011, I served a true and correct copy of

14   the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below,

15   by depositing said envelope in the U.S. Mail.

16   Vincent Rosenbalm
     P.O. Box 147
17   Seaside, OR 97138

18
19

20   Dated: August 31, 2011                      _Linn Van Meter_
                                      _____

21                                          Linn Van Meter
                               Administrative Law Clerk to the
22                                Honorable Nandor J. Vadas

23
24
25
26
27
28

3